# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00584-CV

---

### Ivan R. McCoy, Jr., Appellant

### v.

### Kitty Gale McCoy, Appellee

---

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 25-22801, THE HONORABLE BENTON ESKEW, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on December 29, 2025. On February 9, 2026, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by February 19, 2026, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed: March 5, 2026